UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANZ SCHLEICHER, et al., )<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　)<br>　vs. )<br>　　　　　　　　　　　　　　　　　　　)<br>GARY C. WENDT, WILLIAM J. SHEA, )<br>CHARLES H. CHOKEL, and JAMES S. )<br>ADAMS, )<br>　　　　Defendants. ) | 1:02-cv-1332-TWP-TAB |

**ORDER ON DEFENDANTS' MOTION TO STAY EXPERT DISCOVERY DEADLINE**

Defendants seek an expedited ruling on their motion to stay the August 27, 2010, expert discovery deadline pending resolution of their not-yet-filed motion to exclude Plaintiffs' expert reports. [Docket No. 403.] Defendants contend that Plaintiffs' expert reports, timely served June 28, 2010, contain new fraud allegations not included in the complaint, and that responding to these new issues by the August 27 deadline would require a "substantial investment of time and money." Plaintiffs respond that the reports connect to the complaint, and that the Case Management Plan designates Defendants' summary judgment response as the appropriate place for any arguments to exclude reports. [Docket No. 223 at 3.]

The Plaintiffs are correct that this Court prefers that disputes regarding the admissibility of evidence be addressed in the summary judgment briefs. *See* S.D. Ind. L.R. 56.1(f). Moreover, this Court is generally reluctant to stay litigation, preferring instead to keep cases moving. Defendants have not made a sufficient showing to overcome this general rule. And the parties to this case—which has grown to over four hundred docket entries—have shown their willingness to expend great resources throughout this litigation, further weakening Defendants'

arguments concerning time and expense.  While perhaps a close call, the balance tips in favor of allowing expert discovery to proceed.  Defendants' motion to stay the expert discovery deadline [Docket No. 403] is denied.

    Dated:   07/30/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Kwasi Abraham Asiedu
laskido@hotmail.com

Brian Joseph Barry
LAW OFFICES OF BRIAN BARRY
bribarry1@yahoo.com

Peter A. Binkow
GLANCY BINKOW & GOLDBERG LLP
pbinkow@glancylaw.com

Louis Nathaniel Boyarsky
GLANCY BINKOW & GOLDBERG LLP
boyarsky.esq@gmail.com

Bruce D. Brattain
BRATTAIN & MINNIX
batmi5@aol.com

Barrie Laine Brejcha
BAKER & McKENZIE LLP
barrie.l.brejcha@bakernet.com

Claudia Jean Bugh
GLANCY BINKOW & GOLDBERG LLP
cjbjdcpa@aol.com

Brian Eugene Casey
BARNES THORNBURG
brian.casey@btlaw.com

Hamish S. Cohen
BARNES & THORNBURG LLP
hamish.cohen@btlaw.com

Thomas Anthony Doyle
BAKER & MCKENZIE LLP
thomas.a.doyle@bakernet.com

Lionel Zevi Glancy
GLANCY & BINKOW LLP
info@glancylaw.com

Michael Marc Goldberg
GLANCY BINKOW & GOLDBERG
info@glancylaw.com

Elizabeth Mary Gonsiorowski
GLANCY BINKOW & GOLDBERG LLP
info@glancylaw.com

Michael H. Gottschlich
BARNES & THORNBURG LLP
mgottsch@btlaw.com

Robin Bronzaft Howald
GLANCY BINKOW & GOLDBERG LLP
info@glancylaw.com

Steven Kenneth Huffer
S.K. HUFFER & ASSOCIATES, P.C.
steveh@hufferlaw.com

Margaret J. Jantzen
KIRKLAND & ELLIS LLP
margaret.jantzen@kirkland.com

Robert J. Kopecky
KIRKLAND & ELLIS LLP - Chicago
robert.kopecky@kirkland.com

Melinda Laine
BAKER & McKENZIE LLP
melinda.laine@bakernet.com

Devon M. Largio
KIRKLAND & ELLIS LLP
devon.largio@kirkland.com

Daniel Edward Laytin
KIRKLAND & ELLIS LLP - Chicago
dlaytin@kirkland.com

Jill Levine
GLANCY BINKOW & GOLDBERG LLP
jilllevine1@yahoo.com

Jonathan D. Mattingly
BARNES & THORNBURG LLP
jmatting@btlaw.com

Asha Mehrotra
KIRKLAND & ELLIS LLP
asha.mehrotra@kirkland.com

Olga Miroshnichenko
GLANCY BINKOW & GOLDBERG LLP
omiro@glancylaw.com

Andray K. Napolez
BAKER & McKENZIE LLP
andray.k.napolez@bakernet.com

Catherine J. O Suilleabhain
BAKER & MCKENZIE LLP
catherine.osuilleabhain@bakernet.com

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP - Chicago
jrabinovitz@kirkland.com

John Benjamin Rottenborn
KIRKLAND & ELLIS LLP
ben.rottenborn@kirkland.com

Kevin F. Ruf
GLANCY & BINKOW & GOLDBERG LLP
kevinruf@yahoo.com

Todd G. Vare
BARNES & THORNBURG LLP
todd.vare@btlaw.com

Coby Marie Vink
GLANCY BINKOW & GOLDBERG LLP
cvink@glancylaw.com

Avraham Noam Wagner
THE WAGNER FIRM
avi@thewagnerfirm.com

Donna J. Williams
BAKER & McKENZIE LLP
donna.m.williams@bakernet.com

Kara M. Wolke
GLANCY BINKOW & GOLDBERG LLP
kwolke@glancylaw.com